UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. HENSON,

    Plaintiff,

      v.

JEREMY KENNON, BRUCE WILLIAMS,
EMILY BOLLMANN, PATRICIA KELLEY
and NURSE GEORGE,

    Defendant.

Case No. 11-cv-4-JPG-PMF

## MEMORANDUM AND ORDER

    This matter comes before the Court on Magistrate Judge Frazier's order to show cause why this case should not be dismissed for lack of prosecution (Doc. 24). Material in the file indicates plaintiff James R. Henson failed to notify the Court of his mailing address after he was released from prison despite two admonitions that he must keep the Court apprized of his mailing address. This failure has hampered the defendants in preparing their defense. Magistrate Judge Frazier ordered Henson to show cause on or before May 25, 2012, why this case should not be dismissed for want or prosecution and mailed it to an address provided by the defendants as a possible address for Henson. The order was not returned by the Postal Service. Henson did not timely respond to that order. Accordingly, as it warned it would do, the Court **GRANTS** the defendants' motion to dismiss for lack of prosecution (Doc. 23), **DISMISSES** this case **with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and **DIRECTS** the Clerk of Court to enter judgment accordingly. The Court further **DIRECTS** the Clerk of Court to send a copy of this order to Henson at 5010 W. Bromley Drive, McHenry, Illinois 60050.

**IT IS SO ORDERED.**
**DATED: June 11, 2012**

                                         s/J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**