UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. HENSON,

    Plaintiff,

        v.                                          Case No. 11-cv-4-JPG-PMF

JEREMY KENNON, BRUCE WILLIAMS,
EMILY BOLLMANN, PATRICIA KELLEY
and NURSE GEORGE,

    Defendant.

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: June 11, 2012**                  **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                 **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**